**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COLLEEN M. BRADLEY**<br><br>v.<br><br>**WEST CHESTER UNIVERSITY OF THE PENNSYLVANIA STATE SYSTEM HIGHER EDUCATION et al.** | **CIVIL ACTION**<br><br>**NO. 15-2681** |

## ORDER

**AND NOW**, this 19th day of April, 2016, upon review of Defendants' Motion to Dismiss (ECF 17) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1.  Count I of Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to all defendants except for Mark Mixner in his individual capacity;

2.  Count II of Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** to refiling in the appropriate state forum;

3.  Counts III and IV of Plaintiff's Amended Complaint are **DISMISSED WITHOUT PREJUDICE** as to all defendants except for Mark Mixner in his individual capacity.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-2681 bradley v. west chester\15cv2681 Order re MTD amended complaint.doc