# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COLLEEN M. BRADLEY**<br><br>v.<br><br>**WEST CHESTER UNIVERSITY OF THE PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION** | **CIVIL ACTION**<br><br>**NO. 15-2681** |

## ORDER

AND NOW, this 3rd day of March, 2017, for the reasons stated in the foregoing memorandum and upon consideration of Mark Mixner's Motion for Summary Judgment (ECF No. 29) and all responses and replies thereto, it is hereby ORDERED that the Motion is GRANTED and each of Plaintiff's claims in her Amended Complaint (ECF No. 16) is dismissed with prejudice.

It is further ORDERED that Mixner's Motion to Continue Trial Date (ECF No. 35) is DENIED as moot.

The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 15\15-2681 bradley v. west chester\15cv2681 order re sj.docx