IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLEEN M. BRADLEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| WEST CHESTER UNIVERSITY OF THE : | |
| PENNSYLVANIA STATE SYSTEM OF : | No. 15-2681 |
| HIGHER EDUCATION, *et al.*, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEAL

Plaintiff, Colleen M. Bradley, through her attorneys, hereby gives Notice of her Appeal to the United States Court of Appeals for the Third Circuit of the following judgments and orders of the United States District Court for the Eastern District of Pennsylvania in the above-captioned civil action:

(1)  the Memorandum and Order entered December 9, 2015, dismissing Count I of the Complaint with prejudice as against West Chester University and the Pennsylvania State System of Higher Education;

(2)  the Memorandum and Order entered April 19, 2016, dismissing Count I of the Amended Complaint with prejudice as to all Defendants except for Mark Mixner in his individual capacity, dismissing Count II of the Amended Complaint without prejudice as to all Defendants, and dismissing Counts III and IV of the Amended Complaint without prejudice as to all Defendants except for Mark Mixner in his individual capacity; and

(3)  the Memorandum and Order entered March 6, 2017, entering Summary Judgment in favor of Defendant, Mark Mixner, and against Plaintiff, Colleen M. Bradley.

Respectfully submitted,

/s/ Edward S. Mazurek
Edward S. Mazurek (PA ID 50278)
717 South Columbus Boulevard
Suite 516
Philadelphia, PA 19147
(267) 243-3393
emazurek@mazureklawfirm.com

/s/ Daniel J. Kearney
Daniel J. Kearney (PA ID 51259)
3 Mary Court
Glen Mills, PA 19342
(610) 361-4483
danjkearney@gmail.com

**ATTORNEYS FOR PLAINTIFF**
**COLLEEN M. BRADLEY**